# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ANDRE THOMAS (#9000005381)**                    **CIVIL ACTION**

**VERSUS**                                        **NO. 22-520-JWD-SDJ**

**SID J. GAUTREAUX, III, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 6, 2025 (Doc. 23), to which no objection was filed;

**IT IS ORDERED** that Andre Thomas's federal claims for deliberate indifference to a serious medical need are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim and as legally frivolous.[1]  Additionally, the Court declines to exercise supplemental jurisdiction over potential state law claims.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 10, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] The plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."